BROWN, Appellant, v. PALMER, Respond-
ent. (Supreme Court, Appellate Division,
Fourth Department. March 14, 1906.) Action
by James H. Brown against George H. Palmer.

PER CURIAM. Judgments reversed, with
costs to appellant on the appeal to the County
Court and to this court. Held, that the plain-
tiff having in good faith and without knowl-
edge of any mistake furnished material and
caused his employés to put a roof on defend-
ant's barn in a manner satisfactory to and as
directed by defendant, it is immaterial that the
defendant did not know that such material was
furnished by the plaintiff, instead of another,
and that his employés did the work. Having
received the benefits resulting from the furnish-
ing of the labor and materials, the defendant
cannot avoid liability by asserting that he did
not know the identity of the person who fur-
nished and performed the same; and so, even
although he had contracted with another party
to do the same work and believed it was in
fact being done by such other party.

---

BROWN et al., Respondents, v. RETSOF
MINING CO., Appellant. (Supreme Court,
Appellate Division, Second Department. March
2, 1906.) Action by Edward W. Brown and
James W. Shaw against the Retsof Mining
Company. No opinion. Judgment modified, by
striking out the provision for an extra allow-
ance, for want of power in the trial court to
grant the same, and, as so modified, affirmed,
without costs, on the authority of Brown v.
Retsof Mining Co. (decided by this court No-
vember 17, 1905) 95 N. Y. Supp. 815.

---

BROWN, Respondent, v. SMITH, Appellant.
(Supreme Court, Appellate Division, First De-
partment. March 23, 1906.) Action by George
E. Brown against Fred H. Smith. M. W. Di-
vine, for appellant. No opinion. Order af-
firmed, with $10 costs and disbursements. Or-
der filed.

---

BROWN, Respondent, v. SMITH, Appellant.
(Supreme Court, Appellate Division, First De-
partment. March 23, 1906.) Action by George
E. Brown against Fred H. Smith. M. W. Di-
vine, for appellant. No opinion. Motion de-
nied.

---

BURKE, Appellant, v. O'BRIEN et al., Re-
spondent. (Supreme Court, Appellate Division,
Second Department. March 2, 1906.) Action
by Charles P. Burke against Patrick O'Brien
and others. No opinion. Motion to dismiss ap-
peal granted, with costs, unless the appellant
cause the printed papers on appeal to be served
within 10 days. On compliance with this con-
dition, the motion is denied, without costs.

---

BURLINGAME, Respondent, v. DYKEMAN,
Appellant. (Supreme Court, Appellate Divi-
sion, Fourth Department. January 10, 1906.)
Action by Earl Burlingame against James H
Dykeman.

PER CURIAM. Order reversed, withou
costs, and motion granted, changing the plac
of trial from Wyoming to Orange county.
McLENNAN, P. J., dissents. HISCOCK, J.
not sitting.

---

BURNS, Respondent, v. UNITED STATE
PRINTING CO. OF OHIO, Appellant. (Su
preme Court, Appellate Division, Second De
partment. March 16, 1906.) Action by Hugl
Burns, an infant, by Margaret Burns, hi
guardian ad litem, against the United State
Printing Company of Ohio. No opinion. In
terlocutory judgment affirmed, with costs.

---

BUSCH, Respondent, v. REINHEIMER, Ap
pellant. (Supreme Court, Appellate Division
Second Department. March 2, 1906.) Actior
by Julius Busch against Henrietta Reinheimer
No opinion. Judgment of the Municipal Cour
affirmed, with costs.

---

BUSS, Respondent, v. ROSENBERG, Appel
lant. (Supreme Court, Appellate Division, Sec
ond Department. March 2, 1906.) Action by
Ike Buss against Max Rosenberg. No opinion
Judgment affirmed, with costs.

---

CAMERON, Appellant, v. McBRIDE et al.,
Respondents. (Supreme Court, Appellate Di-
vision, Fourth Department. January 10, 1906.)
Action by George F. Cameron against Jane Mc-
Bride and another. No opinion. Judgment af-
firmed, with costs.

---

CHADEAYNE, Appellant, v. CITY OF BUF-
FALO, Respondent. (Supreme Court, Appel-
late Division, Fourth Department. January 10,
1906.) Action by George H. Chadeayne against
the city of Buffalo.

PER CURIAM. Judgment affirmed, with
costs.
KRUSE, J., not sitting.

---

CHASE, Respondent, v. H. A. BAKER &
CO., Appellant. (Supreme Court, Appellate
Division, Second Department. March 2, 1906.)
Action by George H. Chase, suing as a poor
person, against H. A. Baker & Co. No opin-
ion. Judgment and order of the County Court
of Kings county affirmed, with costs.

---

In re CITIZENS' TRUST CO. (Supreme
Court, Appellate Division, Second Department.
March 2, 1906.) In the matter of the applica-
tion of the Citizens' Trust Company to be
designated as a depositary for moneys deposited
in court. No opinion. Order of reference made
to Norman S. Dike, Esq.

---

In re CITY of ROCHESTER, Respondent.
(Supreme Court, Appellate Division, Fourth

epartment. January 17, 1906.) In the matter of the application of city of Rochester to quire lands of Lillian C. Davis. No opinion. rder affirmed, with $10 costs and disbursements.

---

CLANCY, Respondent, v. YONKERS R. CO., ppellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) ction by Maria Clancy against the Yonkers ailroad Company. No opinion. Judgment of e City Court of Yonkers modified, by deducting the amount of the extra allowance, and, s so modified, judgment and order unanimously affirmed, without costs. See 84 N. Y. Supp. 39.

---

CLARK, Respondent, v. LYNCH et al., Appellants. (Supreme Court, Appellate Division, ourth Department. March 28, 1906.) Action y Frederick J. Clark against Michael Lynch nd another. No opinion. Judgment affirmed, ith costs.

---

CLEARY, Respondent, v. WATERBURY CO., ppellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) ction by Edward F. Cleary against the Waterbury Company. No opinion. Judgment of he Municipal Court unanimously affirmed, ith costs.

---

COE, Respondent, v. GENEVA POWER & IGHT CO., Appellant, et al. (Supreme Court, ppellate Division, Fourth Department. March 8, 1906.) Action by Frederick R. Coe, an inant, etc., against the Geneva Power & Light ompany, impleaded with another.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendant o plead over upon payment of the costs of the emurrer and of this appeal.

NASH, J., not voting.

---

COLES v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by Maria G. Coles against the Interurban Street Railroad Company. No opinion. Motion denied, with $10 costs. Order signed.

---

CONLEN, Appellant, v. RIZER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by John H. Conlen against Rosanna Rizer and others. F. S. McGrath, for appellant. S. Levy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

CONNELL, Respondent, v. HAYES, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by James W. Connell against Nicholas J. Hayes, as fire commissioner, etc. No opinion. Judgment affirmed, with costs.

---

In re CONNER'S WILL. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) In the matter of the probate of the last will and testament of James Stanley Conner, deceased. No opinion. The surrogate is directed to allow the costs.

---

CONROY v. ACKEN et al. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Bridget Conroy, as administratrix, etc., of Michael Conroy, deceased, against Samuel I. Acken and others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the question in whose service the respondent's engineer was engaged at the time of the accident should have been submitted on the proof to the jury.

---

CROWELL, Respondent, v. ORANGE COUNTY TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by John F. Crowell against the Orange County Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CULLIN, Appellant, v. ALVORD, Sheriff, Respondent, et al. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by John K. Cullin against William J. Alvord, as sheriff, etc., impleaded with another. No opinion. Judgment unanimously affirmed, with costs.

---

CUTTER, Respondent, v. GUDEBROD BROS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1906.) Action by John D. Cutter against the Gudebrod Bros. Company.

PER CURIAM. Judgment entered on the report of the referee affirmed, with costs. Appeal from judgment of April 8, 1899, dismissed.

MILLER, J., votes to modify the judgment entered on the report of the referee by deducting the allowance for interest on the plaintiff's claim, and also the 11.77 per cent. of the selling price for the expense of sale.

---

DARRIN, Appellant, v. FEDERAL UNION SURETY CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Ira G. Darrin against the Federal Union Surety Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

DEEGAN, Appellant, v. SYRACUSE LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. Janu-